UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LYNETTE M. GONZALES,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No: C 11-3963 SBA<br><br>**ORDER**<br><br>Docket 3 |

On August 11, 2011, Plaintiff Lynette M. Gonzales ("Plaintiff") filed the instant action seeking judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Dkt. 1. Also on August 11, 2011, Plaintiff filed an application for leave to proceed in forma pauperis. Dkt. 3. In her application, Plaintiff indicates that she has one minor child that she financially supports. Id. Plaintiff also indicates that she is married, but states that the place of employment, monthly salary, wages and income of her spouse are unknown. Id. In order to properly analyze Plaintiff's application, the Court directs Plaintiff to supply additional information pertaining to her spouse's potential financial contribution to her or her child's support. Accordingly,

//

//

//

1  IT IS HEREBY ORDERED THAT, within fourteen (14) days from the date of this
2  Order, Plaintiff shall file a written memorandum stating whether her spouse contributes to
3  either her or her child's support, and, if so, in what amount.
4  IT IS SO ORDERED.

Dated: August 30, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge