UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYNETTE M. GONZALES,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**MICHAEL J. ASTRUE,**<br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>    Defendant. | Case No.: 11-cv-3963-YGR<br><br>**JUDGMENT** |

The issues in this action having been duly considered it is **ORDERED, ADJUDGED AND DECREED** that the decision of Defendant Michael J. Astrue, Commissioner of Social Security, partially denying Plaintiff Lynette M. Gonzales' claim for benefits is **SET ASIDE** and the matter is **REMANDED** to the Commissioner for a new hearing consistent with this Court's Order Granting Plaintiff's Motion for Summary Judgment And Denying Defendant's Cross-Motion for Summary Judgment.  Judgment is entered in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.**

Dated: January 22, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**